NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YOLDAS ASKAN,**

*Plaintiff-Appellant*

v.

**FARO TECHNOLOGIES, INC.,**

*Defendant-Appellee*

---

2022-2117

---

Appeal from the United States District Court for the Middle District of Florida in No. 6:21-cv-01366-PGB-DCI, Judge Paul G. Byron.

---

## **O R D E R**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same

2                                        ASKAN V. FARO TECHNOLOGIES, INC.


hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


                                                 FOR THE COURT

October 25, 2022
        Date                        /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court


**ISSUED AS A MANDATE:** October 25, 2022